**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 32358 |
| Mcarthur Brooks, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

To:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604;

See Attached Service List

Please take notice that on June 25, 2020, at 9:30 A.M., I will appear before the HONORABLE Timothy A. Barnes or before any judge sitting in in that judge's place and present the attached Motion to Vacate Dismissal, a copy of which is attached.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on June 17, 2020.

Respectfully Submitted,

_____/s/ *Alexander Nohr*
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-32358<br>Northern District of Illinois<br>Eastern Division<br>Wed Jun 17 11:07:10 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Asset Acceptance<br>POB 1630<br>WARREN, MI 48090-1630 |
| City Of Chicago Department of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W Jackson Blvd Suite 600<br>Chicago, IL 60604-3517 | City of Chicago - Parking and red Light Tick<br>121 N. LaSalle Street<br>Chicago, IL 60602-1202 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 |
| ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164-0378 | Illinois Child Support<br>PO Box 19405<br>Illinois Dept of Healthcare and Family S<br>Springfield, IL 62794-9405 |
| Mosley, Erica<br>1219 E 72nd St<br>3rd FLoor<br>Chicago, IL 60619-1311 | PEOPLES ENGY<br>200 EAST RANDOLPH<br>CHICAGO, IL 60601-6302 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 |
| United States Department of Education Claims<br>2401 International Lane<br>c/o Great Lakes Educational Loan Service<br>Madison, WI 53704-3121 | West Loop Smile<br>955 West Monroe Street<br>Chicago, IL 60607-3689 | Alexander P Nohr<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Mcarthur Brooks<br>1219 E 72nd<br>3rd floor<br>Chicago, IL 60619-1311 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Rodion Leshinsky<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | Yisroel Y Moskovits<br>The Semrad Law Firm, LLC<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603-1811 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients    0<br>Total                 19 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 32358 |
| Mcarthur Brooks, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO VACATE ORDER DISMISSING CASE**

NOW COMES the Debtor, Mcarthur Brooks, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to vacate the Order Granting Trustee's Motion to Dismiss Under F.R.Civ.P. 60(b). Debtor states the following:

1. That on October 30, 2017, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. That this Honorable Court confirmed this case on January 25, 2018.

3. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

4. That on April 23, 2020, this Honorable Court entered an Order Granting the Chapter 13 Trustee's Motion to Dismiss, at docket entry number 43, for Failure to Make Plan Payments.

5. Under F.R.Civ.P. 60(b), the court may relieve a party from final judgement if there is newly discovered evidence that, with reasonable diligence, could not have been discovered in time.

6. On May 7, 2020, Debtor provided certified funds in the amount of $550.00 directly to counsel's office, on the 14th day after dismissal.

7. That on May 7, 2020, Debtor's counsel had recently opened their office in an extremely limited capacity as a result of the Covid-19 pandemic.

8. That the only staff working on May 7, 2020, was the front desk receptionist. The staff member who handled Debtor's money order was without knowledge of proper protocol or a surrounding support staff around to ask what the proper protocol was for payments dropped off for previously dismissed cases.

9. That in addition, due to social distancing measures, Debtor was unable to get a clear message across to the front desk staff that the mentioned payment was to vacate the case dismissal.

10. As a result, the funds were inadvertently treated as a regular plan payment by counsel's support staff. Given the error, counsel was not notified that the payment was provided within 14 days of dismissal to file a Motion to Vacate Dismissal. Only upon a subsequent review of the case did counsel uncover the payment. As a result, due to excusable neglect, Debtor's counsel failed to file a Motion to Vacate Dismissal under Rule 60(b).

11. That in the recent past, counsel for Debtor has stressed to his office staff the proper protocol for payments to vacate dismissal and the need to give immediate notice with high attention to get the motion to vacate dismissal on file.

12. That in the situation at hand, with the Covid-19 offices safety measures in place and with an extremely limited staff, Debtor's counsel failed to file the motion to vacate dismissal within the 14 day period after dismissal.

13. Debtor is now in a position to move forward with the Chapter 13 case.

14. Debtor respectfully requests this Honorable Court to vacate the Order Granting Motion to Dismiss for Failure to Make Plan Payments entered on April 23, 2020, at docket entry number 43 Under F.R.Civ.P. 60(b).

15. Debtor is in a position to proceed with the Chapter 13 Plan of reorganization.

16. Debtor has filed the current case in good faith and intends on completing the Chapter 13 Plan.

WHEREFORE, Mcarthur Brooks, Debtor, prays this Honorable Court to enter an Order Vacating the Order Granting Trustee's Motion to Dismiss for Failure to Make Plan Payments, at docket entry number 43 Under F.R.Civ.P. 60(b), and for such other and further relief as this Court deems fair and equitable.

Respectfully Submitted,

_____/s/ *Alexander Nohr*
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625