## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:**   **Mcarthur Brooks** | ) ) | **17 B 32358** |
| Debtor(s), | ) ) ) | **Judge Timothy A. Barnes** |

*Notice of Objection*

The Trustee objects to the Motion.

 

Marilyn O. Marshall,
Standing Trustee

/s/ O. Anthony Olivadoti
By: O. Anthony Olivadoti

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532